IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 00-10059
Summary Calendar

_____

CLARENCE ALLEN

       Plaintiff - Appellant

  v.

AMERICAN AIRLINES, INC.

       Defendant - Appellee

--------------------
Appeal from the United States District Court
for the Northern District of Texas, Dallas
USDC No. 3:98-CV-2990-G
--------------------
January 11, 2001

Before KING, Chief Judge, and JONES and STEWART, Circuit Judges.

PER CURIAM:[*]

The district court carefully examined the plaintiff's claims under Title VII, the American with Disabilities Act and the Railway Labor Act and granted summary judgment in favor of the defendant. As the district court's opinion reflects, the most serious problem that the plaintiff faces in this case is that he delayed in filing his claims and they were therefore barred by the respective statutes of limitations. The plaintiff has failed to persuade us that the district court erred in granting summary judgment in favor of the defendant.

Plaintiff's motion to file his reply brief in its present

---

[*] Pursuant to 5ᵀᴴ CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5ᵀᴴ CIR. R. 47.5.4.

form is granted, but all other pending motions are denied, including defendant's motion for attorneys fees.

The judgment of the district court is AFFIRMED.